# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No: 1:10CR451-1 |
| ALVINO RAE WILSON, JR. | ) |
|  | ) USM No: 27716-057 |
| Date of Original Judgment: July 21, 2011 | ) |
| Amended: September 1, 2011(Corrected) | ) |

*Defendant's Attorney*

**FILED JUN 18 2015 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC**

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of <u>70 months</u> **is reduced to**   <u>60 months but not less than time served.</u>

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated July 21, 2011 and amended September 1, 2011, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 6/18/2015

Judge's signature: *William L. Osteen, Jr.*

Effective Date: 11/2/2015
*(if different from order date)*

William L. Osteen, Jr., Chief United States District Judge
*Printed name and title*